IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MICHAEL WARREN WILLIE                                                        PETITIONER

v.                                                                                        No. 1:05CV10-A-D

WARDEN JODY BRADLEY, ET AL.                                                DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 12, 2008, and the February 29, 2008, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 12, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice.

3. That this case is **CLOSED.**

THIS, the _5th_ day of May, 2008.

                                                                             **/s/ Sharion Aycock**
                                                                             **U. S. DISTRICT JUDGE**